UNITED STATE BANKRUPTCY COURT DIVISION OF BALTIMORE

DEBTORS MOTION FOR VOLUNTARY DISMISSAL CHAPTER 13
————————————————————————=

DEBATOR NAME ; SONIA K.KOCHHAR.        date of filing April 22.2021

CASE NUMBER; 21-12709

The above entitled case was commenced by filing of voluntary petition under chapter 13 has not been converted under 11 U.S.C (1307(b).

Debtor moved this court for an order dismissing the above entitled bankruptcy case pursuant 11 U.S.C 1307 (b)

I am moving out of state so I would like to request this case to be dismissed..

Thank you,
MOVEANT;

Sonia K. Kochhar

Sonia Kochhar P.O

05/01/2021

3411 Alto Road
Baltimore MD 21215



FILED MAIL
2021 MAY -5 PM 2: 22
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE